IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS CUMMINGS, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00019-MTT-CHW |
| | * |
| WARDEN WALTER BERRY, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 10, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of November, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk